UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| MURPHY MULLINS, | Civil No. 09-CV-2408 (PJS/FLN) |
| Plaintiff, | |
| v. | ORDER OF DISMISSAL |
| DIVERSIFIED ADJUSTMENT SERVICE, INC. and WILLIAM BRIGHT, individually, | |
| Defendants. | |

---

Based upon the Notice of Voluntary Dismissal With Prejudice filed by the plaintiff on February 8, 2010 [Civil Docket No. 3],

IT IS ORDERED that this action is dismissed with prejudice and on the merits, without costs or disbursements to any party.

Dated: February 8, 2010           s/Patrick J. Schiltz
                                  Patrick J. Schiltz
                                  United States District Judge